R. SCOTT BRINK (Bar No. 138644)
DAN P. SEDOR (Bar No. 139091)
DAVID M. POITRAS P.C. (Bar No. 141309)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone: 310.203.8080
Facsimile: 310.712.8571
Email: dpoitras@jmbm.com

Attorneys for Joseph C. Tutera, Tutera Group, Inc., Tutera Health Care Services, L.L.C., and LTC Services, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILEMON CONSOLACION, MARTHA PLEITEZ, GRACIELA RUBALCABA, DIANA JAPENGA and CARMEN PRESTON-FOO, individually, and on behalf of the classes of similarly situated persons, and the general public,<br><br>Plaintiffs,<br>vs.<br><br>PLEASANT CARE CORPORATION; SNF PROPERTIES, INC.; PCC HEALTH SERVICES, INC.; ATLAS CARE ENTERPRISES, INC.; EMBER CARE CORPORATION; JOSEPH C. TUTERA; THE TUTERA GROUP, TUTERA HEALTH CARE SERVICES, L.L.C.; LTC SERVICES, L.L.C.; BRIDGE HEALTHCARE FINANCE LLC; BRIDGE OPPORTUNITY FINANCE LLC; EMANUEL I. BERNABE; and Does 1-50,<br><br>Defendants. | Case No.: CV08-00281 MMM (CW)<br><br>**CERTIFICATION OF DEFENDANTS JOSEPH C. TUTERA, TUTERA GROUP, INC., TUTERA HEALTH CARE SERVICES, L.L.C. AND LTC SERVICES, L.L.C. AS TO INTERESTED PARTIES AND NOTICE OF RELATED CASES**<br><br>[No Hearing Required] |

Counsel for Joseph C. Tutera, Tutera Group, Inc., Tutera Health Care Services, L.L.C., and LTC Services, L.L.C, ("collectively, "Tutera Defendants"), hereby submits the following Certification as to Interested Parties and Notice of Related Cases pursuant to Local Rule 7.1-1.

5475519v1

## CERTIFICATION AS TO INTERESTED PARTIES

The undersigned, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTIES | COUNSEL |
| --- | --- |
| Joseph C. Tutera, Tutera Group, Inc., Tutera Health Care Services, L.L.C. and LTC Services, L.L.C.<br>Defendants | David M. Poitras P.C.<br>Jeffer Mangels Butler & Marmaro LLP<br>1900 Avenue of the Stars,<br>Seventh Floor<br>Los Angeles, CA 90067 |
| Official Committee of Unsecured Creditors of Defendants Pleasant Care Corporation, SNF Properties, Inc., PCC Health Services, Inc., Atlas Care Enterprises, Inc., and Ember Care Corporation<br>Party in Interest | Samuel Ruven Maizel<br>Pachulski Stang Ziehl & Jones<br>10100 Santa Monica Blvd., Suite #1100<br>Los Angeles, CA 90067 |
| Pleasant Care Corporation, SNF Properties, Inc., PCC Health Services, Inc., Atlas Care Enterprises, Inc., and Ember Care Corporation<br>Defendants | Ron Bender<br>Monica Kim<br>Jacqueline Rodriguez<br>Levene Neale Bender Rankin & Brill<br>10250 Constellation Blvd., Suite 1700<br>Los Angeles, CA 90067 |
| Filemon Consolacion, Martha Pleitez, Graciela Rubalcaba, Diana Japenga and Carmen Preston-Foo, Plaintiffs, individually, and on behalf of the classes of similarly situated persons, and the general public | Richard T. Baum<br>Law Offices of Richard T. Baum<br>2215 Colby Avenue<br>Los Angeles, CA 90064<br><br>David J. Vendler<br>Morris, Polich & Purdy<br>1055 West 7th Street, 24th Floor<br>Los Angeles, CA 90017 |

| | |
|---|---|
| Darwin Select Insurance Company<br>9 Farm Springs Road<br>Farmington, CT 06032<br>Richard Mather, Senior Claims Representative | |
| Greenwich Insurance Company<br>70 Seaview Avenue<br>Stamford, CT 06902 | Leslie Ahari<br>Ross Dixon & Bell<br>2001 K Street N.W.<br>Washington D.C. 20006-1040 |

## CERTIFICATION AS TO RELATED CASES

The undersigned certifies that the following are the only known related cases: Defendants PLEASANT CARE CORPORATION; SNF PROPERTIES, INC.; PCC HEALTH SERVICES, INC.; ATLAS CARE ENTERPRISES, INC.; AND EMBER CARE CORPORATION (the "Debtor Defendants") all filed Chapter 11 bankruptcy petitions on or about March 22, 2007 and their bankruptcy cases are all currently pending and being administered jointly under the case name *In Re Pleasant Care Corporation* and Case No. LA07-12312 in the United States Bankruptcy Court for the Central District of California, Los Angeles Division, the Honorable Ellen Carroll Presiding.

Respectfully submitted,

Dated: June 27, 2008     JEFFER, MANGELS, BUTLER & MARMARO LLP

By: _____/s/_____
DAVID M. POITRAS, P.C.
Attorneys for Joseph C. Tutera, Tutera Group, Inc., Tutera Health Care Services, L.L.C., and LTC Services, L.L.C.

5475519v1

- 3 -

## PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On June 27, 2008, I served the document(s) described as **CERTIFICATION OF DEFENDANTS JOSEPH C. TUTERA, TUTERA GROUP, INC., TUTERA HEALTH CARE SERVICES, L.L.C. AND LTC SERVICES, L.L.C. AS TO INTERESTED PARTIES AND NOTICE OF RELATED CASES**; in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

**SEE ATTACHED LIST**

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. (See Attached)

☐ (BY FAX) At   ,   I transmitted, pursuant to Rules 2001 et seq., the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY E-MAIL) I delivered such via email transmission to those addressees listed with email addresses.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.
(See Attached Service List)

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on June 27, 2008, at Los Angeles, California.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

*/s/ BILLIE TERRY*

Filemon Consolacion et al.;
v. Pleasant Care Corporation; et al.;
Case No. CV08-00281 MMM (CW)

**SERVICE LIST**

Office of the United States Trustee
725 S. Figueroa Street, Suite 2600
Los Angeles, CA 90017

Attnys for Debtors/Defendants
Ron Bender
Monica Kim, Jacqueline Rodriguez
Levene Neale Bender Rankin & Brill
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067

Attnys for Filemon Consolcaion & M. Pleitez
David J. Vendler
Morris Polich & Purdy
1055 W. 7th Street, 24th Floor
Los Angeles, CA 90017

Attnys for Filemon Consolacion and M. Pleitez
Richard T. Baum
Law Offices of Richard T. Baum
2215 Colby Avenue
Los Angeles, CA 90064-1504

Attnys for OCC
Samuel Ruven Maizel
Pachulski Stang Ziehl et al.
10100 Santa Monica Blvd., Suite #1100
Los Angeles, CA 90067

Attnys for Greenwich Insurance Company
Leslie Ahari
Ross Dixon & Bell
2001 K Street N.W.
Washington D.C. 20006-1040