FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 26 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

R. SCOTT BRINK (Bar No. 138644)
DAN P. SEDOR (Bar No. 139091)
DAVID M. POITRAS P.C. (Bar No. 141309)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067-4308
Telephone:   310.203.8080
Facsimile:   310.712.8571
Email:       dpoitras@jmbm.com

Attorneys for Joseph C. Tutera, Tutera Group, Inc.,
Tutera Health Care Services, L.L.C., and LTC Services, L.L.C.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FILEMON CONSOLACION, MARTHA PLEITEZ, GRACIELA RUBALCABA, DIANA JAPENGA and CARMEN PRESTON-FOO, individually, and on behalf of the classes of similarly situated persons, and the general public,<br><br>Plaintiffs,<br>vs.<br><br>PLEASANT CARE CORPORATION; SNF PROPERTIES, INC.; PCC HEALTH SERVICES, INC.; ATLAS CARE ENTERPRISES, INC.; EMBER CARE CORPORATION; JOSEPH C. TUTERA; THE TUTERA GROUP, TUTERA HEALTH CARE SERVICES, L.L.C.; LTC SERVICES, L.L.C.; BRIDGE HEALTHCARE FINANCE LLC; BRIDGE OPPORTUNITY FINANCE LLC; EMANUEL I. BERNABE; and Does 1-50,<br><br>Defendants. | Case No.: CV08-00281 MMM (CWx)<br><br>[PROPOSED] ORDER APPROVING STIPULATION REFERRING ACTION TO THE UNITED STATES BANKRUPTCY COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION<br><br>[No Hearing Required] |

The Court having reviewed the *Stipulation Referring Action to the United States Bankruptcy Court for the Central District of California, Los Angeles Division*, entered into by and among plaintiffs FILEMON CONSOLACION, MARTHA PLEITEZ, GRACIELA RUBALCABA, DIANA JAPENGA and CARMEN PRESTON-FOO (hereinafter "Plaintiffs"), on the one hand, and defendants PLEASANT CARE CORPORATION; SNF PROPERTIES, INC.; PCC HEALTH SERVICES, INC.;

ATLAS CARE ENTERPRISES, INC.; EMBER CARE CORPORATION; JOSEPH C. TUTERA; THE TUTERA GROUP; TUTERA HEALTH CARE SERVICES, L.L.C., AND LTC SERVICES, L.L.C. (hereinafter "Stipulating Defendants"), on the other hand, and good cause appearing therefore,

IT IS HEREBY ORDERED THAT:

1. Upon entry of this Order, the Clerk of the District Court shall transfer this action to the United States Bankruptcy Court for the Central District of California, Los Angeles Division, to be administered by United States Bankruptcy Judge Ellen Carroll, under the currently pending and jointly administered chapter 11 bankruptcy cases generally entitled *In re Pleasant Care Corporation,* Case No. 2:07-bk-12312EC.

2. ~~The Tutera Defendants shall have through and including August 29, 2008 to file any third party complaint against any of the parties to this action.~~

\* \* \*

IT IS SO ORDERED

Dated JUNE 26, 2008

*Margaret M. Morrow*
United States District Judge